UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1525 FMO (PDx) | Date | September 29, 2021 |
|---|---|---|---|
| Title | Michael Lopez v. Calmed Investment L.P., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   **(In Chambers) Order Re: Notice of Settlement and Request to Vacate Currently Set Dates [24]**

   Having reviewed and considered plaintiff's Notice of Settlement and Request to Vacate All Currently Set Dates, (Dkt. 24, "Notice"), IT IS ORDERED THAT:

   1. Plaintiff's Notice **(Document No. 24)** is hereby **stricken**.  The court will not accept notices of settlement that concern a provisional settlement, or a settlement that the parties are in the process of consummating.

   2. Plaintiff's request to vacate all deadlines is **denied**.  The court will only vacate deadlines when the parties notify the court that they have finalized the terms of their settlement.

   3. Failure to comply with all case deadlines and the orders issued by the court in this case shall result in the imposition of sanctions, including but not limited to, the dismissal of the action for failure to comply with any applicable rules and/or court orders.  See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |