CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

FRASER WATSON & CROUTCH, LLP
Todd E. Croutch, State Bar No. 143933
tcroutch@fwcllp.com
Daniel K. Dik, State Bar No. 155338
ddik@fwcllp.com
100 West Broadway, Suite 650
Glendale, California 91210-1201
Telephone: (818) 543-1380
Facsimile: (818) 543-1389
Attorneys for Defendants
Calmed Investment L.P. and AHMC Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOPEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CALMED INVESTMENT L.P., a California Limited Partnership; AHMC INC., a California Corporation<br><br>  Defendants. | Case: 2:21-cv-01525-FMO-PD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 29, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: October 29, 2021          FRASER WATSON & CROUTCH, LLP

By: *Todd E. Croutch*
Todd E. Croutch
Attorney for Defendants
Calmed Investment L.P. and AHMC Inc.

2